CARDINAL STATES GATHERING COMPANY, POCAHONTAS GAS PARTNERSHIP, TAX MATTERS PARTNER, Petitioner v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Cardinal States Gathering v. Commissioner
Docket No. 12134-98
United States Tax Court
1999 U.S. Tax Ct. LEXIS 62; June 3, 1999, Entered *62 Counsel for Petitioner: DENNIS P. BEDELL, MILLER & CHEVALIER, CHARTERED, Washington, D.C.
ROBERT M. MORRISON, Special Trial Attorney, Dallas, Texas. Cohen, Chief Judge COHEN
DECISION
Pursuant to Rule 248(a) of the Tax Court Rules of Practice and Procedure, it is
ORDERED and DECIDED: That the following shows the adjustments to the partnership items of the Cardinal States Gathering Company for the taxable year ending December 31, 1992:
Partnership Item
As Reported
As Determined
Depreciation -
Gathering System
$ 5,878,385.00
$ 5,878,385.00
Right-Of-Way
101,242.00
23,592.00
AMT - Depreciation Adj.
3,736,742.00
3,673,476.00
ACE - Depreciation Adj.
748,397.00
735,724.00
* * * * *
It is stipulated that the Court may enter the foregoing decision pursuant to Tax Court Rule 248(a).
It is further stipulated that Pocahontas Gas Partnership is the Tax Matters Partner for Cardinal States Gathering Company and that Conoco, Inc. is the Tax Matters Partner for Pocahontas Gas Partnership.
It is further stipulated that the undersigned Tax Matters Partner of Cardinal States Gathering Company, for the taxable year *63 ending December 31, 1992, by executing this stipulation, consents to the entry of the foregoing decision in this case and certifies that no party objects.
Conoco, Inc.
for Pocahontas Gas Partnership
RICHARD A. SHERRY
General Manager,
Tax and Chief Tax Officer
STUART L. BROWN
Chief Counsel
Internal Revenue Service